# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 20, 2018

157143

*In re* Estate of MAXINE HADLEY.

_____/

SCOTT S. HADLEY,
      Petitioner-Appellee,

v

TIMOTHY D. BEETSCHEN,
      Respondent-Appellant.

_____/

Stephen J. Markman,
*Chief Justice*

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
*Justices*

SC: 157143
COA: 332888
Oakland Probate Court:
2014-358137-DA

On order of the Court, the application for leave to appeal the December 21, 2017 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 20, 2018



Clerk

p0613